# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANKE TUG & BARGE CO., INC., and AMERICAN HOME ASSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> SCHNITZER STEEL INDUSTRIES, INC., and GENERAL METALS OF TACOMA, INC., d/b/a SCHNITZER STEEL, <br><br> Defendants. | **Case No.** C07-5494 RBL <br><br> Minute Order <br><br> Re: Settlement Conference |

THIS matter was referred by the Honorable Ronald B. Leighton to Magistrate Judge, J. Kelley Arnold for purposes of a settlement conference. The parties, counsel, and Judge Arnold met this date as scheduled.

<u>The parties reached resolution. The trial date may be stricken.</u>

Entered by Deputy Clerk, /s/*Kelly Miller*, this 24th day of November 2008.

ORDER
Page - 1